UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALISHA REGAN,

        Plaintiff,

v.                                    Case No. 10-10967
                                            Honorable Patrick J. Duggan

FAURECIA AUTOMOTIVE SEATING, INC.,

        Defendant.
_____/

## JUDGMENT

On March 10, 2010, Plaintiff Alisha Regan ("Plaintiff") initiated this action against her former employer Faurecia Automotive Seating, Inc. ("Faurecia"). Plaintiff filed an amended complaint on April 13, 2010, in which she alleges the following counts against Faurecia: (I) failure to provide a reasonable accommodation for her disability in violation of the Americans with Disabilities Act, 42 U.S.C. §§ 12101-12213; (II) gender discrimination in violation of Title VII of the Civil Rights Act of 1964; (III) failure to provide a reasonable accommodation for her disability in violation of Michigan's Persons with Disabilities Civil Rights Act, Michigan Compiled Laws §§ 37.1201-.1214; and (IV) gender discrimination in violation of Michigan's Elliot-Larsen Civil Rights Act, Michigan Compiled Laws §§ 37.2101-.2803.

Faurecia filed a motion for summary judgment pursuant to Federal Rule of Civil Procedure 56(c) on November 29, 2010, which this Court granted on this date.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Plaintiff's amended complaint is **DISMISSED WITH PREJUDICE**.

Dated:March 7, 2011

                                    s/PATRICK J. DUGGAN
                                    UNITED STATES DISTRICT JUDGE

Copies to:
Courtney E. Morgan, Jr., Esq.
Brian J. Nagy, Esq.
David B. Calzone, Esq.
Bernice McReynolds, Esq.